suant to Judiciary Law § 90 (4) (a) and (g). Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Sept. 17, 2010.)

■ In the Matter of BRIAN CHARLES MALADY, an Attorney, Respondent. [907 NYS2d 898]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (a) and (g). Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Sept. 17, 2010.)

■ In the Matter of MELISSA A. MAHLER, an Attorney, Respondent. [907 NYS2d 899]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (a) and (g). Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Sept. 17, 2010.)

■ In the Matter of KENNETH P. BERNAS, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [908 NYS2d 378]—A certified copy of plea minutes having been filed showing that Kenneth P. Bernas was convicted of grand larceny in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Sept. 29, 2010.)

■ In the Matter of ROBERT R. GOODS, an Attorney, Respondent. [907 NYS2d 899]—A certified copy of plea minutes having been filed showing that Robert R. Goods was convicted of grand larceny in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Scudder, P.J., Smith, Centra, Fahey and Carni, JJ. (Filed July 14, 2010.)

■ In the Matter of KENNETH P. BERNAS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [907 NYS2d 898]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (d) (3) (d). Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Sept. 14, 2010.)

■ In the Matter of MARK H. AULTMAN, an Attorney, Resignor. [907 NYS2d 898]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Sept. 9, 2010.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLIE MIXON, Appellant. [908 NYS2d 382]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Lindley and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL MONTGOMERY, Appellant. [908 NYS2d 382]—Motion for